# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Oscar Olvidio Tot-Choc,<br><br>Petitioner,<br><br>v.<br><br>Pamela Bondi, Kristi Noem,<br>Todd M. Lyons, David Easterwood,<br><br>Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 26-cv-167 (JWB/JFD) |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Oscar O.T.'s Petition for a writ of habeas corpus (Doc. No. 1) is **GRANTED**.

2. Respondents shall immediately release Petitioner from custody. He must be released in Minnesota and subject to any conditions of his May 27, 2021 release.

3. Respondents shall confirm the time, date, and location of Petitioner's release within 48 hours from the date of this Order.

4. Respondents may not re-detain Petitioner under a statutory theory this Court has rejected in this proceeding absent materially changed circumstances.

5. Petitioner's other claims are not reached.

Date: 1/16/2026                                                                                           KATE M. FOGARTY, CLERK