UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Oscar O.T.,<br><br>             Petitioner,<br><br>v.<br><br>Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*,<br><br>             Respondents. | Civ. No. 26-167 (JWB/JFD)<br><br><br><br>**ORDER FOR WRITTEN RESPONSE AND CONTINUATION OF HEARING** |

---

Kira Aakre Kelley, Esq., Climate Defense Project, counsel for Petitioner.

Ana H. Voss, Esq., United States Attorney's Office, counsel for Respondents.

---

      Petitioner Oscar O.T. has filed a Motion for Contempt and a Motion to Show Cause, together with the supporting memoranda, affidavits, and exhibits. (Doc. Nos. 14, 16.) As reflected in the record, following this Court's January 16, 2026 Order directing the immediate release of Petitioner, counsel for Respondents represented on January 19, 2026, that Petitioner was "scheduled for return to Minnesota on a flight from El Paso on Tuesday, January 20, 2026," and that he would "be released upon his return." (Doc. No. 10.) The record however reflects that, at the time that representation was made, Petitioner had not been released from ICE custody and instead remained in Immigration and Customs Enforcement ("ICE") custody while transit through Albuquerque, New Mexico,

1

was intended. On January 20, 2026, at 10:18 p.m., counsel for ICE represented to Petitioner's counsel that Petitioner at that time was "currently on his route stop in Albuquerque, NM and is scheduled to arrive in Saint Paul, MN on Saturday the 24th." (Doc. No. 19-2.)

Because the accuracy of counsel's representation bears directly on this Court's assessment of compliance with its order, Ana H. Voss, Civil Chief of the United States Attorney's Office for the District of Minnesota, shall file a written response by **4:00pm, January 22, 2026**, limited to the following issues concerning Petitioner:

1. The source of the information relied upon in making the representation that Petitioner was "scheduled for return to Minnesota on a flight from El Paso on Tuesday, January 20, 2026";

2. Petitioner's custodial status and physical location at the time the representation was made;

3. When the United States Attorney's Office first learned that Petitioner had not been transported to and released in Minnesota on January 20, 2026, and what steps, if any, were taken to correct or clarify the record;

4. Whether the Government contends that the representation regarding Petitioner's return and expected release was accurate when made, and the factual basis for that contention.

The response shall identify any agency officials or attorneys who provided release-status information concerning Petitioner.

The hearing currently scheduled for **January 22, 2026,** is **CONTINUED**, pending

2

review of the Government's response. After reviewing that response, or in the absence of any response, this Court will determine whether contempt or show-cause proceedings ought to proceed, and if so, the scope and participants required.

Date: January 21, 2026 *s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge